**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 529 EAL 2017
:
          Respondent : 
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
WILLIAM ABBOTT, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.